Nancy RHODES v. John and Joan ZEEMAN, No. 146-79

April 11, 1980. Appellants having failed to file their brief within the time allowed as extended by stipulation, appellee's motion to dismiss appeal is granted.

James LEOPOLD v. THE PLYMOUTH CORPORATION, No. 422-79

April 11, 1980. Motion to dismiss appeal granted. Appeal dismissed.

Peter SCHEUERMANN and Ann-Marie Scheuermann v. Henry C. HASTINGS, No. 314-79

April 14, 1980. Appellant is given until April 25, 1980, to order trial court transcript and to pay the estimated cost thereof in full, or the appeal will be dismissed.

Francis L. MUNGER v. FARMERS COOPERATIVE FIRE ASSOCIATION OF VERMONT; John J. O'Shea; Richard L. Lussier, Marcel Lussier and Evelyn M. Lussier, No. 12-80

April 15, 1980. Appeal dismissed for lack of jurisdiction, there being no final judgment in the trial court. *Bemis v. Lamb*, 135 Vt. 618, 383 A.2d 614 (1978); V.R.C.P. 54(b).

STATE of Vermont v. Henry Elroy MANNING, No. 82-80

April 15, 1980. Bail having been furnished pursuant to the order of this Court dated April 9, 1980, the defendant-appellant is released forthwith pursuant to, and in accordance with, the provisions of that order.

IN RE Isaac COLBETH, No. 171-79

April 16, 1980. The parties are allowed fourteen days in which to attempt compliance with V.R.A.P. 10(d). The parties are to report back to this Court on April 23, 1980.

Shirley T. BURROUGHS v. WEST WINDSOR BOARD OF SCHOOL DIRECTORS, No. 208-79

April 16, 1980. Case to be scheduled for oral argument during the June Term, 1980. Appellee's brief shall be filed by May 16, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Billings, J.

IN RE C. E. E., No. 404-79

April 16, 1980. Motion to enlarge time for filing appellee's brief granted. Appellee's brief to be

filed on or before April 25, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Billings, J.

Glenn M. THOMPSON v. Sarah Lieberman THOMPSON, No. 416-79

April 16, 1980. Motion filed by Attorney Bruce M. Lawlor to withdraw as counsel for the appellant is granted.

Billings, J.

STATE of Vermont v. Peter Isaac DIAMONDSTONE, No. 472-79

April 16, 1980. Motion for leave to appeal in forma pauperis and to be provided with a transcript without expense is denied. V.R.A.P. 24(a). Transcript to be ordered by May 16, 1980, V.R.A.P. 10(b), and entry fee to be paid to the clerk of the district court by May 16, 1980, or cause dismissed. V.R.A.P. 3(b).

Don and Barbara WYCKOFF v. Frieda M. SILVERT, No. 24-80

April 16, 1980. Motion to waive the printed case and to proceed on the original record granted. V.R.A.P. 30(e).

Billings, J.

IN RE Richard COOPER, No. 84-80

April 21, 1980. Motion of State Environmental Board to dismiss is denied for lack of standing. Motion of appellee Richard Cooper to dismiss for want of jurisdiction is granted. Appeal dismissed.

STATE of Vermont v. Real AUDET, No. 260-79

April 23, 1980. The district court being without jurisdiction to entertain this action to expunge, the purported judgment of the district court is stricken and the cause dismissed.

John HALVEY, Jr. v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 277-79

April 23, 1980. The motion of Vermont Department of Employment Security to dismiss is denied for lack of standing.

THE HEALTH CENTER v. Earl MONTAGUE, No. 471-79

April 23, 1980. Appellant shall comply with the provisions of V.R.A.P. 10(b) on or before May 9, 1980, or cause dismissed.